UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY HOLLIDAY,<br><br>         Plaintiff,<br><br>    v.<br><br>MADERA COUNTY SHERIFF OFFICE JAIL DIVISION,<br><br>         Defendant. | Case No.: 1:24-cv-00416-SKO<br><br>**ORDER DENYING SECOND APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT**<br><br>(Doc. 7) |

   Plaintiff John Anthony Holliday is a pretrial detainee proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

   On May 31, 2024, Plaintiff filed a second Application to Proceed *In Forma Pauperis* ("IFP"). (Doc. 7.) The second application is unnecessary because Plaintiff's original application to proceed IFP was granted on April 16, 2024. (*See* Doc. 4.)

   Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's second application to proceed IFP (Doc. 7) is **DENIED** as moot.

IT IS SO ORDERED.

Dated:   **June 4, 2024**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE