UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY HOLLIDAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MADERA COUNTY SHERIFF OFFICE JAIL DIVISION,<br><br>　　　　Defendant. | Case No.: 1:24-cv-0416 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 10) |

　　　　John Anthony Holliday seeks to hold defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. The magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim upon which relief may be granted. (Doc. 6 at 4-8.) The Court provided the relevant legal standards and granted Plaintiff an opportunity to file an amended complaint or file a notice of voluntarily dismissal. (*See id.* at 8.) The Court also informed Plaintiff the failure to act would result in a recommendation that the action be dismissed without prejudice. (*Id.* at 8-9.)

　　　　After Plaintiff failed to file an amended complaint or otherwise respond to the Court's order, the magistrate judge found Plaintiff failed to obey the Court's order and failed to prosecute the action. (Doc. 10 at 1-2.) The magistrate judge found terminating sanctions—including dismissal of the action without prejudice—were appropriate for Plaintiff's failure to prosecute the

action and failure to obey the Court's order to file an amended complaint, after considering the factors identified by the Ninth Circuit. (*Id.* at 2-3.) The Court served these Findings and Recommendations on Plaintiff and notified him at that any objections were due within 14 days. (*Id.* at 4.) The Court advised him that the "[f]ailure to file objections within the specified time may result in [the] waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 17, 2024 (Doc. 10) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice for Plaintiff's failure to obey court orders and failure to prosecute.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __July 10, 2024__

UNITED STATES DISTRICT JUDGE

2